# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

GARFIELD CANNON                                                                                      PLAINTIFF

v.                                               No. 3:04CV00263 JLH

DOYLE HILLIS                                                                                          DEFENDANT

## ORDER

On the morning of July 7, 2005, the empaneled jury retired for deliberations following the completion of testimony and closing arguments by both sides. At 9:15 p.m. the jury notified the Court that a unanimous verdict could not be reached. The Court determined that further deliberation would be fruitless, and the jurors were dismissed at 9:22 p.m.

IT IS THEREFORE ORDERED AND ADJUDGED that a mistrial be, and it is hereby, declared as to the claims in the complaint against defendant and the empaneled jury is discharged from further consideration thereof.

IT IS FURTHER ORDERED that this matter is rescheduled for jury trial the week of ***MONDAY, OCTOBER 3, 2005, in Jonesboro, Arkansas***. Any amendments to the pretrial disclosure sheets must be filed by *September 12, 2005*. Jury instructions are to be submitted to the Court by *September 26, 2005*.

If all parties consent to retry this matter in Little Rock, Arkansas, the Court would be able to accommodate a more expedited trial date. The parties are reminded that the Court may refer this matter to U.S. Magistrate Judge John F. Forster, Jr. for a settlement conference if both sides consent.

IT IS SO ORDERED this ___13th___ day of July, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE