# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

GARFIELD CANNON                                                                                              PLAINTIFF

v.                                            NO. 3:04CV00263 JLH

DOYLE HILLIS                                                                                                  DEFENDANT

## ORDER OF DISMISSAL

Having been notified by counsel for plaintiff that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this   1st   day of August, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE